IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BEN MORELAND | CASE NO.: 16-cv-00609 |
| Plaintiffs, | JURY TRIAL DEMANDED |
| v. | |
| COMBE INCORPORATED, COMBE PRODUCTS, INC., COMBE LABORATORIES, INC., and COMBE INTERNATIONAL, LTD, | |
| Defendants. | |

### STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the undersigned counsel hereby agree and stipulate that all claims of Plaintiff BEN MORELAND against all Defendants in the above-captioned matter be dismissed in their entirety with prejudice, each party to bear its own costs.

Dated: January 27th, 2019

| | |
|---|---|
| /s/ Richard W. Schulte | /s/ Stephen G. Strauss |
| Richard W. Schulte | Stephen G. Strauss |
| Wright & Schulte, LLC | Bryan Cave Leighton Paisner LLP |
| 865 S. Dixie Dr. | 211 N. Broadway, Suite 3600 |
| Vandalia Ohio 45377 | St. Louis, Missouri 63102 |
| Tel: (937) 435 - 7500 | Tel: (314) 259-2444 |
| rschulte@yourlegalhelp.com | sgstrauss@bclplaw.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

1

## CERTIFICATE OF SERVICE

I hereby certify that this Stipulation of Dismissal With Prejudice As To All Defendants was electronically filed today with the Clerk of the Court to be served by operation of the Court's electronic filing system on all counsel of record.

*/s/ Stephen G. Strauss*
